IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CHAD STEFANI, | * | |
| Plaintiff, | * | |
| v. | * | |
| CITY OF GROVETOWN et al., | * | 1:15-cv-164 |
| Defendants. | * | |

ORDER

It has been brought to the attention of the Court that certain exhibits filed as attachments to Plaintiff's Complaint (Doc. 1) and Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (Doc. 11) are in violation of the E-Government Act of 2002 (Pub. L. No. 107-347) and its amendments. A brief review of the filings reveals that no attempt was made to redact personal data identifiers such as:

(a) social security numbers to the last four digits;

(b) dates of birth to the year; and

(c) names of minor children.

In the interest of protecting the security of this information, the Court **ORDERS** Plaintiff's Complaint (Doc. 1) and Response in Opposition (Doc. 11) and their associated exhibits sealed. Further, the Court **ORDERS** Plaintiff to file redacted versions of

these documents and their exhibits by **December 1, 2015 at 5:00 p.m.**

**ORDER ENTERED** at Augusta, Georgia, this 30th day of November, 2015.

*[signature]*
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA