IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CHAD STEFANI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-164 |
| | ) | |
| CITY OF GROVETOWN, a municipality of the State of Georgia, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

_____

### REVISED SCHEDULING ORDER
_____

The parties jointly move to stay discovery pending mediation. (Doc. no. 53.) For good cause shown, the Court **GRANTS** the motion and **STAYS** this action through and including July 31, 2017. The Court **ORDERS** the parties to submit a joint status report on or before July 31, 2017, informing the Court as to whether mediation has been successful. In the event mediation is unsuccessful, the Court hereby extends the deadline for dispositive motions as follows:

LAST DAY FOR FILING CIVIL MOTIONS                   August 30, 2017
INCLUDING *DAUBERT* MOTIONS, but
EXCLUDING MOTIONS IN LIMINE

Any further extension requests must be addressed to the presiding District Judge and supported by specific, compelling reasons why discovery could not be completed within

the extended discovery period.

SO ORDERED this 30th day of June, 2017, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA