# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

**JOHN E. TRIPLETT**
CLERK OF COURT

**ELIZABETH N. SLATER**
CHIEF DEPUTY CLERK

To:    John Price, jprice@fulcherlaw.com

In the Matter of:  *Chad Stefani v. City of Grovetown, et al.* (CV 115-164)

Regarding Exhibits:  Exhibit 1 to Defendants' Motion for Summary Judgment, Doc. no. 58

Please contact Jamie Sabalza, jamie_sabalza@gas.uscourts.gov, at the Augusta Clerk's Office within ten (10) days from the date of this notice to make arrangements for the disposal and/or retrieval of exhibits which were introduced into evidence in the above referenced case.  Failure to claim these exhibits within ten (10) days of this notice will result in disposal by the Clerk in accordance with Local Rule 79.4.

JOHN E. TRIPLETT, CLERK OF COURT

By: *Jamie Sabalza*
Deputy Clerk

Date: 03/20/2023

AUGUSTA FEDERAL COURTHOUSE ◆ 600 JAMES BROWN BLVD ◆ AUGUSTA, GA 30901 ◆ 706-849-4400
FRANK M. SCARLETT FEDERAL BUILDING ◆ 801 GLOUCESTER STREET ◆ BRUNSWICK, GA 31520 ◆ 912-280-1330
J. ROY ROWLAND U.S. COURTHOUSE ◆ 100 NORTH FRANKLIN STREET ◆ DUBLIN, GA 31021
TOMOCHICHI FEDERAL BUILDING AND U.S. COURTHOUSE ◆ 8 SOUTHERN OAKS COURT ◆ SAVANNAH, GA 31405 ◆ 912-650-4020
WAYCROSS FEDERAL COURTHOUSE ◆ 601 TEBEAU STREET ◆ WAYCROSS, GA 31501
STATESBORO FEDERAL COURTHOUSE ◆ 52 NORTH MAIN STREET ◆ STATESBORO, GA 30458